IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALER,<br><br>                Plaintiff,<br>    v.<br><br>CHRIS PERSING, DOLORES HOLDER, and SUSIE LAIVO,<br><br>                Defendants. | CIV F 06-1750  AWI TAG<br><br>ORDER VACATING HEARING DATE OF APRIL 2, 2007, AND TAKING MATTER UNDER SUBMISSION |

      Currently pending before this Court is Defendants's motion for award of attorneys's fees following Plaintiff's voluntary dismissal. The matter was scheduled for hearing to be held on April 2, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than March 19, 2007. Plaintiff has not done so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendants's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

      Therefore, IT IS HERBY ORDERED that the previously set hearing date of April 2, 2007, is VACATED, and no party shall appear at that time. As of April 2, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **March 28, 2007**            /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE